ERIC MUELBERGER, RELATOR, v. THEODORE WISLOH, BUILDING INSPECTOR OF THE TOWNSHIP OF WEE-HAWKEN ET AL., RESPONDENTS.

Argued May 7, 1924—Decided September 29, 1924—Filed October 7, 1924.

**Ordinances—Zoning—Application for Writ Not in Good Faith and Relator Not Owner . of Lands—Writ Denied.**

On rule to show cause for *mandamus*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Pierson & Schroeder.*

For the respondent, *William S. Stuhr.*

PER CURIAM.

This is upon a rule to show cause why a *mandamus* should not issue directing respondents to issue a building permit to relator to erect an apartment-house in a prohibited zone established by the zoning ordinance of the township of Weehawken.

Several reasons are assigned and strenuously urged why the writ applied for should be awarded.

An examination of the case brings us to the conclusion that the application is not made in good faith, and, furthermore, that relator, if not the owner of all the lands required for the erection of the proposed building, and for that reason a moot question only is presented.

The application for the writ of *mandamus* is denied and the rule to show cause dismissed, with costs.